UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joseph Gardi,

    Plaintiff,

v.

Director Matthew Damschroder, *et al.*,

    Defendants.

Case No. 2:23-cv-482

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Plaintiff moves, pro se, for miscellaneous relief, including appointment of counsel and reasonable accommodations under the Americans with Disabilities Act. ECF No. 23. Between the date Plaintiff wrote his motion and the date the Court received it, Attorney Owen Benton Dunn, Jr. ("Mr. Dunn") entered an appearance on Plaintiff's behalf. ECF No. 21.

Many, if not all, of Plaintiff's requests are resolved by Mr. Dunn's appearance. Therefore, Plaintiff's motion is **DENIED AS MOOT**. To the extent any of Plaintiff's requests are not resolved by Mr. Dunn's appearance, Plaintiff may re-make those requests through counsel.

The Clerk shall terminate ECF No. 23.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT